# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM D. HERRIN,<br><br>Plaintiff,<br><br>v.<br><br>MENSA CAPITAL INVESTMENTS LLC,<br><br>Defendant. | No. 19-cv-05359<br><br>Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Plaintiff and against Defendant in the amount of $51,698.75 ($17,280 in actual damages, $1,000 in statutory damages, and $33,418.75 in legal fees and costs),

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant.

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on entry of an order of default judgment.

Date: March 15, 2021

_____
JOHN F. KNESS
United States District Judge